**Order entered December 20, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00185-CV

## IN THE INTEREST OF D.M., A MINOR CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-03631**

### ORDER
**Before the Court En Banc**

Before the Court is appellants' June 4, 2021 motion for reconsideration en banc. Appellee is requested to file a response to the motion, if any, within **THIRTY DAYS** of the date of this order.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE